**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

JUAN HERNANDEZ COLIS,

                Petitioner,

     v.

F. SEMAIA, et. al.,

                Respondents.

Case No. EDCV 25-2341-JFW (AS)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRTE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that Judgment be entered (1) GRANTING the Petition; (2) ORDERING Respondents to release Petitioner subject to the conditions of Petitioner's most recent order of supervision; (3) enjoining and restraining Respondents from re-detaining

Petitioner absent strict compliance with the requirements of due process and all applicable statutes and regulations; and (4) requiring Respondents to file a status report within 7 (seven) days of the date of this Order confirming Petitioner's release from custody.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondents.

DATED: April 2, 2026

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE