JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — EASTERN DIVISION**

| | |
|---|---|
| JUAN HERNANDEZ COLIS,<br><br>                    Petitioner,<br><br>        v.<br><br> F. SEMAIA, et. al.,<br><br>                    Respondents. | Case No. EDCV 25-2341-JFW (AS)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    **IT IS ADJUDGED** that the Petition is GRANTED.

DATED: April 2, 2026

                                                    _____
                                                    JOHN F. WALTER
                                                    UNITED STATES DISTRICT JUDGE